UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Petitioner,<br><br>-against-<br><br>RABINDRANAUTH PERSAUD,<br><br>       Respondent. | Case No. 1:25-mc-00312 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  WHEREAS, the Securities and Exchange Commission ("Commission") applied for an order directing Respondent Rabindranauth Persaud ("Persaud") to show cause why he should not be ordered to produce documents and to appear for testimony as called for by the Commission's Subpoena for Documents dated October 2, 2024 (the "Document Subpoena"") and the Commission's Subpoena for Testimony dated May 14, 2025 (the "Testimony Subpoena");

  WHEREAS, the Court has considered the application filed by the Commission and the memorandum of law and declaration, with exhibits, filed in support of the application; and

  WHEREAS, the Court is satisfied that the Commission has made a sufficient and proper showing in support of the relief sought in its application; and

  WHEREAS, the Court directed Persaud to appear before the Court on August 18, 2025 at 3:00 p.m. in Room 20B of the Daniel Patrick Moynihan United States Courthouse, to show cause why the Court should not issue an order directing Persaud to produce documents and appear for testimony as called by the Document Subpoena and the Testimony Subpoena, which was then adjourned to August 20, 2025; and

  WHEREAS, upon a review of Persaud's submissions and due consideration of the argument presented at the Show Cause hearing on August 20, 2025 by both the SEC and

Persaud, the Court concludes that Persaud has not shown cause to deny the Commission's Petition, and therefore:

IT IS HEREBY ORDERED that:

1. Persaud shall produce documents in response to the Document Subpoena by **September 30, 2025**;

2. In the event that Persaud does not produce the documents described by September 30, 2025,

    a. The Commission will have established a *prima facie* case of civil contempt against Persaud for his failure to comply with the Order directing him to produce documents in response to the subpoena; and

    b. Persaud may be held in civil contempt for failure to comply with the Order without further notice or hearing; and

3. Persaud shall appear for testimony pursuant to the Testimony Subpoena within **thirty (30) days** of producing documents in response to the Document Subpoena.

Dated: August 20, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge